IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Ohio
Eastern Division

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2:10-bk-64739 |
| Norman Charles Jolly, Jr } | |
| Danella Joyce Jolly } | Chapter 13 |
| } | |
| **Debtor(s)** } | Judge C. Kathryn Preston |

## NOTICE OF CHANGE OF ADDRESS

Now come(s) the Debtor(s), Norman Charles Jolly, Jr Danella Joyce Jolly, to advise that Debtor(s)' address has changed. All service of pleadings, notices and correspondence to Debtor(s) should be sent to:

Norman Jolly, Jr
Danella Joyce Jolly
PO Box 111
Blacklick, OH 43004

Respectfully submitted,

MINA NAMI KHORRAMI, LLC

by:   /s/Mina Nami Khorrami
Mina Nami Khorrami        (0058350)
115 West Main St., Suite LL-50
Columbus, Ohio 43215
(614) 857-9590
(614) 304-0102/Fax
mnkecf@mnk-law.com
http://mnk-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on 4/10/2015, a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:.

1

U.S. Trustee

Frank M. Pees, Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Norman Charles Jolly, Jr
PO Box 111
Blacklick, OH 43004

Danella Joyce Jolly
PO Box 111
Blacklick, OH 43004

/s/Mina Nami Khorrami
Mina Nami Khorrami        (0058350)
Attorney for Debtors